**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LISA MACHELLE HAWKINS** **PLAINTIFF**
**ADC #713490**

**v.** **Case No. 3:24-cv-00192-LPR-BBM**

**JOSEPH HUGHES, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 11). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed on her medical-deliberate-indifference claim against Dr. Hughes, in his individual capacity, based on the alleged prolonged prescription of steroids.

2. All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. The Clerk is directed to terminate Dr. Scrolls, Warden Faust, and Officer Long as party Defendants.

DATED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] With respect to the medical-deliberate-indifference claim against Dr. Hughes in his individual capacity, the Court emphasizes—in the strongest possible terms—that its decision could very easily change with the benefit of a strong motion to dismiss and adversarial briefing. This claim survives screening out of an abundance of caution and a desire to decide the 12(b)(6) issue (if raised) in the context of dueling arguments.